UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30437
Summary Calendar
_____

FELIX ANTHONY PRICE,

Plaintiff - Appellant,

versus

RICHARD L. STALDER,
Secretary of Department of Public Safety
and Corrections, et al.,

Defendants,

RICHARD L. STALDER,
Secretary of Department of Public Safety
and Corrections; JOHN P. WHITLEY, Warden,
Louisiana State Penitentiary; ANDREW DUNN,
Major, at the Louisiana State Penitentiary;
M. MULKEY, Major, at the Louisiana State Penitentiary,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
(94-CV-27)
_____

July 24, 1996

Before SMITH, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Pursuant to our *de novo* review, and for essentially the
reasons stated by the magistrate judge, we hold that summary

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

judgment was properly awarded against *pro se* appellant Felix Anthony Price (#91688), *see* **Sandin v. Connor**, 115 S. Ct. 2293 (1995); and that the magistrate judge did not abuse her discretion in her rulings on several discovery matters and in refusing to appoint counsel for Price.

*AFFIRMED*